UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **RUSSELL HEWITT, ET AL.** | **CIVIL ACTION NO. 07-0839** |
| **VS.** | **SECTION P** |
| **ROBERT HENDERSON, ET AL.** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM ORDER

Before the court is a *pro se* civil rights complaint (42 U.S.C. §1983) filed on or about May 14, 2007 by plaintiffs Russell Hewitt, Michael Franklin, Rodrick Thomas, Jonathan Thiery, Delbert Johnson, Quentin Arceneaux, Patrick Bethume, and Gilbert Henry. Plaintiffs are prisoners in the custody of the Louisiana Department of Public Safety and Corrections (LDOC) who are currently incarcerated at the C. Paul Phelps Correctional Center (CPPCC), Dequincy, Louisiana. Plaintiffs claim to be "adherents of the Al-Islam faith" [doc. 1-1, paragraph IV] who allege that certain unspecified prison regulations interfere with the practice of their religion. Local Rule 3.2W of the United States District Court for the Western District of Louisiana provides in relevant part,

> Every complaint filed by a prisoner who is not represented by an attorney (i.e. who is proceeding '*pro se*') complaining of violation of their constitutional rights ... shall be typed or legibly written on forms supplied by the Court and signed by the prisoner. The prisoner shall follow the instructions provided with the forms ... <u>Each *pro se* prisoner shall file a separate complaint ... except where multiple prisoners are asserting the same claim arising out of the same facts. A prisoner who is unable to pay the filing fee and service costs may petition the Court on forms supplied by the Court to proceed *in forma pauperis*.</u> The court, after notice, may strike all complaints that are not accompanied by either a filing fee or a proper *in forma pauperis* form. (emphasis supplied)

Plaintiffs appear to be "asserting the same claims", however it is unclear whether each plaintiff's claims arise out of the same facts and are in the same procedural posture. For example,

2

according to the administration's response to Hewitt's grievance, he has previously indicated that he is a member of the Baptist faith.  Further, it appears that plaintiff Hewitt has exhausted administrative remedies, however, it does not appear that any of the other plaintiffs have done so. Finally, while Hewitt has applied for *in forma pauperis* status, none of his co-plaintiffs have done so.  Thus, while there is some commonality of claims between plaintiffs, such commonality does not rise to the level needed to invoke the exception to the general rule stated above.

**ACCORDINGLY**

**IT IS ORDERED THAT** the claims of plaintiff s **MICHAEL FRANKLIN, RODRICK THOMAS, JONATHAN THIERY, DELBERT JOHNSON, QUENTIN ARCENEAUX, PATRICK BETHUME**, and **GILBERT HENRY** be **DISMISSED WITHOUT PREJUDICE** from this lawsuit.

The Clerk of Court is ordered to provide Court-approved civil rights complaints and *in forma pauperis* applications to plaintiffs **MICHAEL FRANKLIN, RODRICK THOMAS, JONATHAN THIERY, DELBERT JOHNSON, QUENTIN ARCENEAUX, PATRICK BETHUME**, and **GILBERT HENRY.**   These plaintiffs may file separate civil rights actions after exhausting the available administrative remedies.  Such filing shall be accompanied by either an application to proceed *in forma pauperis* application or the filing fee of $350.00 [three hundred fifty dollars].

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, May 30, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE