RECEIVED
IN LAKE CHARLES, LA

OCT 22 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RUSSELL HEWITT | CIVIL ACTION NO. 07-839 |
| VS. | SECTION P |
| ROBERT HENDERSON, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 19 day of October, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE